WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-763—

ROBERT H. KAHN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 2, 1974.*

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-764—

ROBERT H. KAHN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 2, 1974.*

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.